# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTEZ TALLEY | CIVIL ACTION |
| v. | |
| MAJOR CLARK, CAPTAIN MASICELLINO, WARDEN CYNTHIA LINK, LAURA BANTA, PA. DEPT. OF CORRECTIONS, PAUL, RN, RICHARD DOYLE, R. LADONNE, UNKNOWN SHIFT COMMANDER, UNKNOWN EXTRACTION TEAM and UNKNOWN PSYCHIATRIST | NO. 18-5315 |

## ORDER

**NOW**, this 5th day of August, 2019, upon consideration of the Defendants' Motion to Dismiss (Document No. 10) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. All federal claims in the complaint are **DISMISSED WITH PREJUDICE**; and

2. All state law claims are **DISMISSED WITHOUT PREJUDICE**.


/s/ TIMOTHY J. SAVAGE J.

\